IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TURHAN JAVON DUCREE,**
    **Plaintiff,**

vs.                                    **CASE NO.:  3:07cv452/MCR/MD**

**THE VILLAS OF GULF BREEZE, et. al.,**
    **Defendants.**
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 18, 2008.  The plaintiff previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title VII of the Civil Rights Act of 1964, and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendants' motion for summary judgment (doc. 18) is GRANTED.

    3.    The clerk is directed to enter judgment in favor of the defendants and close the file.

    DONE AND ORDERED this 18th day of September, 2008.

                                    _s/ M. Casey Rodgers_
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**